NO OPINION
EVER ISSUED
BY THIS
NUMBER 04213